UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RACHEL FAUCETT,**

    **Plaintiff,**

v.                                                   Case No. 8:07-cv-1860-T-30TGW

**BUSCH ENTERTAINMENT**
**CORPORATION,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand (Dkt. 5) and Defendant's Response in opposition to the same (Dkt. 8). Plaintiff's initially filed this action in state court. On September 10, 2007, Defendant removed this action to the Orlando Division of the United States District Court for the Middle District of Florida (Dkt. 1). On October 10, 2007, Judge Anne C. Conway granted Defendant's motion to transfer the case to the Tampa Division (Dkt. 13), at which point it was assigned to this Court.

In its Notice of Removal, Defendant asserts the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00. In her Motion to Remand, Plaintiff claims that the amount in controversy does not exceed $75,000.00. In response, Defendant argues that Plaintiff's original demand letter asserted $100,000.00 in damages for alleged injuries. Following Plaintiff's filing of its Motion to Remand, Defendant sent a letter to Plaintiff's

counsel agreeing not to object to the remand if Plaintiff would stipulate that her damages do not exceed $75,000.00. Defendant claims to have received no response to its letter. Further, Defendant correctly argues that the Motion to Remand is procedurally deficient as it fails to comply with Local Rules 3.01(a) and 3.01(g) of the Middle District of Florida.

Plaintiff's Motion to Remand (Dkt. 5) is subject to being stricken for failure to comply with the Local Rules of this Court. Plaintiff has ten (10) days to: (i) file a memorandum of legal authority in accordance with Local Rule 3.01(a), (ii) file a certification in accordance with Local Rule 3.01(g), and (iii) stipulate that the damages in this action do not exceed $75,000.00, failing which Plaintiff's Motion (Dkt. 5) shall be dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1860.mt remand.frm